UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

In Re:  Request for International Judicial
Assistance from the Family Law Second
Chamber of the Superior Court of Justice,
Mexico; Matter of Jorge Ortiz de Pinedo
Pallas vs. Luigina Maria Tuccio Fantoni.
_____/

# APPLICATION FOR ORDER PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1782

The United States of America, through counsel, petitions this Court for an Order pursuant to 28 U.S.C. §1782 appointing Carlos Raurell, Assistant United States Attorney, as Commissioner for the purpose of complying with the request for international judicial assistance from the Family Law Second Chamber of the Superior Court of Justice, Mexico.  Specifically the United States, through Assistant United States Attorney Raurell seeks authority to facilitate payroll records and information from Televisa International, LLC which is located within the Southern District of Florida.

The documents submitted to the Department of Justice by the Family Law Second Chamber of the Superior Court of Justice are attached hereto as Exhibit No. 1.  A memorandum of law is filed in support of this application.

Dated: April 17, 2015        Respectfully submitted,
        Miami, Florida

                         WIFREDO A. FERRER
                         UNITED STATES ATTORNEY

                By:    s/Carlos Raurell
                      Carlos Raurell
                      Assistant U.S. Attorney
                      Florida Bar No. 529893
                      Federal Justice Building
                      99 N.E. 4th Street
                      Third Floor/Civil Division
                      Miami, Florida 33132-2111
                      Tel. No. (305) 961-9243
                      Fax No. (305) 530-7139
                      Email: Carlos.Raurell@usdoj.gov