

EL CIUDADANO MAGISTRADO LICENCIADO OSCAR GREGORIO CERVERA RIVERO, PRESIDENTE DE LA SEGUNDA SALA FAMILIAR DEL H. TRIBUNAL SUPERIOR DE JUSTICIA DEL DISTRITO FEDERAL, A USTED C. SECRETARIO DE RELACIONES EXTERIORES TENGO EL HONOR DE DIRIGIRME, PARA QUE SU DEPENDIENTE JERARQUICO, CONSUL CON RESIDENCIA EN LA CIUDAD DE MIAMI FLORIDA, EN ESTADOS UNIDOS DE NORTEAMÉRICA, INTERVENGA CON LAS FACULTADES QUE LEGALMENTE LE SON CONFERIDAS POR LAS LEYES DE LOS ESTADOS UNIDOS MEXICANOS, ASÍ COMO LOS TRATADOS INTERNACIONALES, A QUIEN TENGO EL HONOR DE DIRIGIRME Y- - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - HAGO SABER: - - - - - - - - - - - -

QUE CON FUNDAMENTO EN LOS ARTÍCULOS 278 Y 279 DEL CODIGO DE PROCEDIMIENTOS CIVILES PARA EL DISTRITO FEDERAL, ASI COMO EN LAS DISPOSICIONES EMANADAS DE LA XX CONVENCION SOBRE LA OBTENCION DE PRUEBAS EN EL EXTRANJERO EN MATERIA CIVIL O COMERCIAL (CONCLUIDA EL 8 DE MARZO DE 1970). A continuación, se cumple con las formalidades exigidas por el artículo 3º y 4º de la CONVENCION DE LA HAYA SOBRE LA OBTENCION DE PRUEBAS EN EL EXTRANJERO EN MATERIA CIVIL Y COMERCIAL.

### 1.- AUTORIDADES

#### 1.1. AUTORIDAD REQUIRENTE

EL C. PRESIDENTE DE LA SEGUNDA SALA FAMILIAR DEL TRIBUNAL SUPERIOR DE JUSTICIA EN EL DISTRITO FEDERAL, MAGISTRADO LICENCIADO OSCAR GREGORIO CERVERA RIVERO.

#### 1.2. AUTORIDAD REQUERIDA

C. JUEZ COMPETENTE EN LA CIUDAD DE MIAMI FLORIDA, ESTADOS UNIDOS DE NORTEAMÉRICA.

### 2 IDENTIDAD Y DIRECCION DE LAS PARTES

**2.1. ACTOR:** ORTIZ DE PINEDO PALLAS JORGE
CON DOMICILIO LEGAL CASA MARCADA CON EL NÚMERO 32, DE LAS CALLES LOS JUÁREZ, COLONIA SAN JOSÉ INSURGENTES, DELEGACIÓN BENITO JUÁREZ, MEXICO, DISTRITO FEDERAL.

**2.2. DEMANDADA:** LUIGINA MARÍA TUCCIO FANTONI
CON DOMICILIO LEGAL EN CALLE LEIBNITZ NÚMERO 171, COLONIA NUEVA ANZURES, C.P. 11590, DELEGACIÓN MIGUEL HIDALGO, MEXICO, DISTRITO FEDERAL.

### 3.- NATURALEZA Y OBJETO DE LA INSTANCIA Y UNA EXPOSICION SUMARIA DE LOS HECHOS

La derivada del recurso de apelación interpuesto por JORGE ORTIZ DE PINEDO PALLAS, por conducto de su autorizado en términos del artículo 112 párrafo cuarto del Código de Procedimientos Civiles para el Distrito Federal, en contra de la sentencia interlocutoria de

fecha trece de agosto de dos mil ocho, dictada por la C. Juez Décimo Quinto de lo Familiar del Distrito Federal, en los autos del INCIDENTE DE REDUCCIÓN DE PENSIÓN ALIMENTICIA deducido del Juicio ORDINARIO CIVIL, DIVORCIO NECESARIO seguido por ORTIZ DE PINEDO PALLAS JORGE en contra de LUIGINA MARÍA TUCCIO FANTONI, bajo el número de Toca 2277/2008/24.

### 3.1. OBJETO DE LA INSTANCIA

Consiste en que el C. Juez competente en Miami Florida, en Estados Unidos de Norteamérica, en auxilio de las labores de esta Sala Familiar, se sirva girar oficio al representante legal de TELEVISA INTERNACIONAL LLC., que se encuentra ubicada en 6355 N.W. 36TH, MIAMI FLORIDA, 33166, para que dentro del término de OCHO DÍAS, contados a partir de la recepción de la presente, informe a esta ad quem, con el debido desglose de impuestos, el monto de todas y cada una de las percepciones del señor JORGE ORTIZ DE PINEDO PALLAS, del año dos mil seis a la fecha, es decir, marzo de dos mil nueve debiendo acompañar los documentos con que justifiquen la información proporcionada, facultando a dicho órgano jurisdiccional para que dicte las medidas de apremio conducentes a fin de que la citada empresa informe lo requerido por esta autoridad, a la brevedad posible.

### 3.2 EXPOSICION SUMARIA DE LOS HECHOS

El tres de mayo del dos mil seis, el señor JORGE ORTIZ DE PINEDO PALLAS, ante la C. Juez Décimo Quinto de lo Familiar del Distrito Federal, presentó demanda incidental de reducción de pensión alimenticia, en contra de la señora LUIGINA MARÍA TUCCIO FANTONI. Tramitado que fue el incidente de mérito, el día trece de agosto de dos mil ocho, la Juez de origen mediante sentencia interlocutoria, determinó absolver a la demandada incidentista, señora Luigina María Tuccio Fantoni, por consiguiente, no había lugar a decretar la reducción de la pensión alimenticia. El día veintidós de agosto del dos mil ocho, la parte actora en el principal, por conducto de su autorizado, interpuso recurso de apelación en contra de esa resolución, el cual se substanció en esta ad quem. Y el veinte de octubre del mismo año, esta Sala revocó la sentencia interlocutoria de fecha trece de agosto de dos mil ocho, decretando la reducción de la pensión alimenticia definitiva que proporciona el señor Jorge Ortiz de Pinedo Pallas, a favor de su menor hijo Santiago Ortiz de Pinedo Tuccio. Por lo que, Luigina María Tuccio Fantoni, por su propio derecho y en representación de su menor hijo Santiago Ortiz de Pinedo Tuccio, promovió demanda de garantías, misma que se substanció ante el C. Juez Décimo Segundo de Distrito en Materia Civil en el Distrito Federal, quien en resolución de doce de diciembre del dos mil ocho, amparó y protegió a la quejosa. Por lo que, esta ad quem, en proveído de treinta de marzo del dos mil nueve, con fundamento en los artículos 940 y 941 del Código de Procedimientos Civiles para el Distrito Federal, a fin de que la C. Magistrado ponente, Maestra Carmen Aída Bremauntz Monge, integrante de esta Segunda Sala Familiar se allegue de mayores elementos de convicción, por conducto de la Secretaría de Relaciones Exteriores, se ordenó girar Carta Rogatoria al C. Juez competente en Miami Florida, Estados Unidos de Norteamérica, para que en auxilio de las labores de esta Sala, se

sirva girar oficio al representante legal de TELEVISA INTERNACIONAL LLC., que se encuentra ubicada en 6355 N.W. 36TH, MIAMI FLORIDA, 33166, para que dentro del término de OCHO DÍAS, contados a partir de la recepción de la presente, informe a esta ad quem, con el debido desglose de impuestos, el monto de todas y cada una de las percepciones del señor JORGE ORTIZ DE PINEDO PALLAS, del año dos mil seis a la fecha, es decir, marzo de dos mil nueve debiendo acompañar los documentos con que justifiquen la información proporcionada, facultando a dicho órgano jurisdiccional para que dicte las medidas de apremio conducentes a fin de que la citada empresa informe lo requerido por esta autoridad, a la brevedad posible.

### *AUTO QUE A LA LETRA DICE:*

"México Distrito Federal, a uno de julio de dos mil nueve.-- - - Agréguese al cuaderno de amparo respectivo, el escrito de cuenta que suscribe la MTRA. ALINA MARÍA SIGNORET DORCASBERRO, Directora del CENTRO DE ENSEÑANZA DE LENGUAS EXTRANJERAS, a quien se tiene manifestando la imposibilidad que tiene para dar cumplimiento a lo ordenado en proveído de fecha veintidós de junio de dos mil nueve, por los motivos que expone.- Ahora bien, tomando en consideración que los datos requeridos por esta Superioridad a TELEVISA INTERNACIONAL LLC., son necesarios para dar cumplimiento a la ejecutoria de amparo dictada por el Juzgado Décimo Segundo de Distrito en Materia Civil en el Distrito Federal, con fecha doce de diciembre de dos mil ocho, elabórese carta rogatoria dirigida a la SECRETARIA DE RELACIONES EXTERIORES, en la que se solicite al C. JUEZ COMPETENTE EN MIAMI FLORIDA, EN ESTADOS UNIDOS DE NORTEAMÉRICA, se sirva girar oficio al representante legal de la referida empresa, que se encuentra ubicada en 6355 N.W. 36TH, MIAMI FLORIDA, 33166, en términos del proveído dictado el treinta de marzo de dos mil nueve, es decir, para que: "...<u>dentro del término de OCHO DÍAS, contados a partir de la recepción de la presente orden, informe a esta ad quem, con el debido desglose de impuestos, el monto de todas y cada una de las percepciones del señor JORGE ORTIZ DE PINEDO PALLAS, del año dos mil seis a la fecha, es decir, marzo de dos mil nueve, debiendo acompañar los documentos con que justifiquen la información proporcionada</u>...", facultando a dicho órgano jurisdiccional para que dicte las medidas de apremio conducentes a fin de que la citada empresa informe lo requerido por esta autoridad, a la brevedad posible.- Lo anterior, a efecto de que se lleve a cabo la traducción del documento a diligenciar en el idioma inglés, para lo cual, se nombra como perito en el asunto de mérito, a la C. ICELA ACUÑA DE ROSS, con domicilio en Gaspar de Zúñiga número 120, Colonia Lomas de Chapultepec, Delegación Miguel Hidalgo, Código Postal 11000, en esta Ciudad de México, con número telefónico 55200594, perteneciente a la Lista de Auxiliares de la Administración de Justicia, cuyos honorarios deberán ser cubiertos por mitad por ambas partes, conforme a lo dispuesto por el penúltimo párrafo del artículo 353 del Código de Procedimientos Civiles, a quien deberá hacerse saber tal designación, mediante NOTIFICACIÓN PERSONAL, para que dentro del término de TRES DÍAS, presente su escrito de aceptación del cargo conferido y proteste su fiel y legal desempeño, debiendo anexar copia simple de su cédula profesional o documentos que acrediten su calidad de

perito, manifestando además, bajo protesta de decir verdad que conoce los puntos cuestionados y pormenores relativos a la pericial, así como que tiene la capacidad suficiente para emitir dictamen sobre el particular.- Así las cosas, una vez que se cuente con al referida traducción, remítase de manera inmediata la carta rogatoria ordenada.- EN VÍAS DE CUMPLIMIENTO, comuníquese este proveído al C. Juez Décimo Segundo de Distrito en Materia Civil en el Distrito Federal.- Notifíquese.- Lo acordó y firma la C. Magistrada Ponente, con apoyo en lo dispuesto por el artículo 40 de la Ley Orgánica del Tribunal Superior de Justicia del Distrito Federal.- Doy fe.- "

### 4.- ACTOS DE INSTRUCCIÓN U OTROS ACTOS JUDICIALES A REALIZAR.

El C. Juez competente en Miami Florida, Estados Unidos de Norteamérica, deberá girar atento oficio al representante legal de TELEVISA INTERNACIONAL LLC., que se encuentra ubicada en 6355 N.W. 36TH, MIAMI FLORIDA, 33166, para que dentro del término de OCHO DÍAS, contados a partir de la recepción de la presente, informe a esta ad quem, con el debido desglose de impuestos, el monto de todas y cada una de las percepciones del señor JORGE ORTIZ DE PINEDO PALLAS, del año dos mil seis a la fecha, es decir, marzo de dos mil nueve debiendo acompañar los documentos con que justifiquen la información proporcionada, facultando a dicho órgano jurisdiccional para que dicte las medidas de apremio conducentes a fin de que la citada empresa informe lo requerido por esta autoridad, a la brevedad posible.

### DOMICILIO DE LA EMPRESA DENOMINADA TELEVISA INTERNACIONAL LLC. 6355 N.W. 36TH, MIAMI FLORIDA, 33166.

A EFECTO DE QUE LO MANDADO TENGA SU MAS EXACTO Y DEBIDO CUMPLIMIENTO Y SE SIRVA DILIGENCIARLO, SEGURO DE MI RECIPROCIDAD EN CASOS ANALOGOS, SE EXPIDE LA PRESENTE CARTA ROGATORIA EN DOS FOJAS UTILES, DEBIDAMENTE SELLADAS Y COTEJADAS. EN LA CIUDAD DE MÉXICO, DISTRITO FEDERAL, A TRECE DIAS DEL MES DE JULIO DEL AÑO DOS MIL NUEVE.- DOY FE.- -- -- -- -- -- -- -- -- -- -- -- -- --

SUFRAGIO EFECTIVO. NO REELECCION
México, D.F., a 13 de julio del 2009
EL C. PRESIDENTE DE LA SEGUNDA SALA
FAMILIAR DEL H. TRIBUNAL SUPERIOR DE
JUSTICIA DEL DISTRITO FEDERAL

MAG. LIC. OSCAR GREGORIO CERVERA RIVERO

LA C. SECRETARIA DE ACUERDOS

LIC. MA. SUSANA B. ~~ISLA~~ LA RAMIREZ

Seal: Superior Court of Justice
of the Federal District Mexico
United Mexican States

**JUDGE OSCAR GREGORIO CERVERA RIVERO, ESQUIRE, PRESIDENT OF THE FAMILY LAW SECOND CHAMBER OF THE SUPERIOR COURT OF JUSTICE OF THE FEDERAL DISTRICT, I RESPECTFULLY ADDRESS YOU, C. FOREIGN AFFAIRS MINISTER, FOR YOUR HIERARCHIC SUBORDINATE, CONSUL WITH RESIDENCE IN THE CITY OF MIAMI, FLORIDA, IN THE UNITED STATES OF AMERICA, TO INTERCEDE WITHIN THE POWERS LEGALLY GRANTED BY THE LAWS OF THE UNITED MEXICAN STATES AS WELL AS BY THE INTERNATIONAL TREATIES, TO WHOM I RESPECTFULLY ADDRESS AND ----------**

**I MAKE KNOWN:**

THAT ON GROUNDS OF ARTICLES 278 AND 279 OF THE CODE OF CIVIL PROCEDURE FOR THE FEDERAL DISTRICT, AND ON THE PROVISIONS DERIVED FROM THE XX CONVENTION ON THE OBTAINING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTER (COMPLETED ON MARCH 8, 1970). The formalities required by Articles 3rd and 4th of the HAGUE CONVENTION ON THE OBTAINING OF EVIDENCE ABROAD IN CIVIL AND COMMERCIAL MATTER are complied with below.

**1.- AUTHORITIES**

**1.1. REQUIRING AUTHORITY**

PRESIDENT OF THE FAMILY LAW SECOND CHAMBER OF THE SUPERIOR COURT OF JUSTICE IN THE FEDERAL DISTRICT, JUDGE OSCAR GREGORIO CERVERA RIVERO, ESQUIRE.

**1.2 REQUIRED AUTHORITY**

COMPETENT JUDGE IN THE CITY OF MIAMI, FLORIDA, UNITED STATES OF AMERICA.

**2. IDENTITY AND ADDRESS OF THE PARTIES**

**2.1. PETITIONER:** ORTIZ DE PINEDO PALLAS JORGE
LEGAL ADDRESS: HOUSE MARKED WITH NUMBER 32, OF LOS JUAREZ STREET, COLONIA, SAN JOSÉ INSURGENTES, DELEGACIÓN BENITO JUAREZ, MEXICO, FEDERAL DISTRICT.

**2.2. RESPONDENT:** LUIGINA MARÍA TUCCIO FANTONI
LEGAL ADDRESS: LEIBNITZ STREET NUMBER 171, COLONIA NUEVA ANZURES, C.P. 11590, DELEGACIÓN MIGUEL HIDALGO, MEXICO, FEDERAL DISTRICT.

**3.- NATURE AND OBJECT OF THE ACTION AND A SUMMARY PROCEEDINGS OF THE FACTS**

The derived from the appeal filed by JORGE ORTIZ DE PINEDO PALLAS, through his empowered person on terms of Article 112 paragraph fourth of the Civil Procedures Code for the

Federal District, against the interlocutory judgment dated August thirteen, two thousand eight, pronounced by Judge Fifteenth of the Familiar Law for the Federal District, in the court files of the MOTION FOR ALIMONY REDUCTION inferred from the CIVIL ORDINARY Proceedings, DIVORCE SUIT, filed by ORTIZ DE PINEDO PALLAS JORGE against LUIGINA MARÍA TUCCIO FANTONI, under court dossier number 2277/2008/24.

### 3.1 PURPOSE OF THE ACTION

The object is that the competent Judge in Miami, Florida, United States of America, helping this Family Law Second Chamber chores, kindly send a writ to the legal representative of TELEVISA INTERNATIONAL LLC., WHICH IS LOCATED AT 6355 N.W. 36TH, MIAMI, FLORIDA, 33166, for within EIGHT DAYS from receiving this document, to inform this ad quem, with the due breaking down of taxes, the amount of all and each of Mr. JORGE ORTIZ DE PINEDO PALLAS income, from the year two thousand six up to date, meaning, March, two thousand nine; this information shall be accompanied with the necessary documents to justify the information given, empowering this judicial authority to issue the relevant enforcement measures for said company to inform the required by this authority, as soon as possible.

### 3.2 CONCISE DESCRIPTION OF THE FACTS

On May three, two thousand six, mister JORGE ORTIZ DE PINEDO PALLAS, before Judge Fifteenth of the Family Law for the Federal District, filed an alimony reduction ancillary claim against Mrs. LUIGINA MARÍA TUCCIO FANTONI. Having been processed said motion, the thirteenth day of August, two thousand eight, Judge Fifteenth of the Family Law for the Federal District through interlocutory judgment, resolved to acquit the ancillary respondent Mrs. Luigina María Tuccio Fantoni, therefore, the petition for an alimony reduction was denied. On the twenty second day of August, two thousand eight, the primary petitioner, through his empowered person, filed appeal against that resolution, which was substantiated ad quem. And on October twenty of the same year, this Chamber revoked the interlocutory judgment dated August thirteen, two thousand eight, ordering the definitive reduction of the alimony that Mr. Jorge Ortiz de Pinedo Pallas provides in favor of his minor son Santiago Ortiz de Pinedo Tuccio. Therefore, Luigina María Tuccio Fantoni, on her own right and in representation of her minor son Santiago Ortiz de Pinedo Tuccio, filed suit of rights, which was substantiated before District Judge Twelfth in Civil Matter in the Federal District, who in resolution dated December twelve, two thousand eight, granted *amparo* to and protected the complaining. Consequently, this ad quem, in ruling dated March thirty, two thousand nine, on grounds of Articles 940 and 941 of the Code of Civil Procedures for the Federal District, for the Justice writing the opinion of the court, Maestra Carmen Aída Bremauntz Monge, member of this Family Law Second Chamber to gather greater elements of certitude, through the Ministry of Foreign Affairs was ordered to issue Letters Rogatory to competent Judge in Miami, Florida, United States of America, in order to help this Family Law Second Chamber chores, please kindly send a writ to the legal representative of TELEVISA INTERNATIONAL LLC., WHICH IS LOCATED AT 6355 N.W. 36TH, MIAMI, FLORIDA, 33166, for within EIGHT DAYS from receiving this document, to inform this ad quem, with the due breaking down of taxes, the amount of all and each of Mr. JORGE ORTIZ DE PINEDO PALLAS income, from the year two thousand six up to date, meaning, March, two thousand nine; this information shall be accompanied with the necessary documents to justify the information given, empowering this judicial authority to issue the relevant enforcement measures for said company to inform the required by this authority, as soon as possible.



## ORDER WHICH TO THE LETTER SAY:

"Mexico, Federal District, July one, two thousand nine, ------------------------------------------------ Add to the respective *amparo* case record, the motion under review signed by MTRA. ALINA MARÍA SIGNORET DORCASBERRO, Director of the FOREIGN LANGUAGES TEACHING CENTER, who is considered as having represented the inability she has, to comply with the ordered in procedural decision dated June twenty two, two thousand nine, due to the reasons she states.- However, taking into consideration that the information required by this Authority to TELEVISA INTERNACIONAL LLC, is necessary to comply with the *amparo* final judgment ordered by Court Twelfth for the District Judge Twelfth in Civil Matter in the Federal District, dated December twelve, two thousand eight, write Letters Rogatory addressed to the MINISTRY OF FOREIGN AFFAIRS, in which is requested to THE COMPETENT JUDGE IN MIAMI, FLORIDA, UNITED STATES OF AMERICA, to kindly issue writ to the legal representative of said company, that is located in 6355 N.W. 36th Street, MIAMI, FLORIDA, 33166, on the terms of the procedural decision ordered on March thirty, two thousand nine, meaning, for "<u>...within the term of EIGHT DAYS from receiving this order, inform to this ad quem, with the due break down of taxes, the amount of all and every one of the income of Mr. JORGE ORTIZ DE PINEDO PALLAS, from the year two thousand six up to date, meaning, March, two thousand nine; this information shall be accompanied with the necessary documents to justify the information given ...</u>", empowering said judicial authority to issue the relevant enforcement measures for said company to inform the required by this authority, as soon as possible.- the above, with the purpose of the document to be enforced being translated into English; for that task is appointed the expert translator ICELA ACUÑA DE ROSS, with address at Gaspar de Zuñiga number 120, Colonia Lomas de Chapultepec, Delegación Miguel Hidalgo, Zip Code 11000, in this Mexico City, with telephone number 55200594, who is a court aide, whose fees shall be paid by both parties, pursuant to the provided in the one but last paragraph of Article 353 of the Civil Procedures Code, who shall be notified of such appointment, through PERSONAL NOTIFICATION, for she, within THREE DAYS, to present her brief of acceptance of the duty conferred to her and to declare under affirmation her faithful and lawful performance of it, she shall attach copy of her professional license or any documents that establish her quality of expert translator, also stating, under oath to say the truth, that she knows the issues examined and related to the expert service, as well as to state that she is capable enough to issue opinion on the matters at issue.- IN PROCESS OF COMPLIANCE, notify of this interlocutory decision to District Judge Twelfth in Civil Matter in the Federal District.- Notify.- It was directed and signed by justice authorizing, supported on the provided by Article 40 of the Organic Law of the Superior Court of Justice of the Federal District.- I attest.- "

## 4.- INVESTIGATION ACTIONS OR OTHER JUDICIAL ACTIONS TO BE PERFORMED.

The competent Judge in Miami, Florida, United States of America, shall send a respectful writ to the legal representative of TELEVISA INTERNATIONAL LLC., WHICH IS LOCATED AT 6355 N.W. 36TH, MIAMI, FLORIDA, 33166, in order to within EIGHT DAYS from receiving this document, inform this ad quem, with the due breaking down of taxes, the amount of all and each of Mr. JORGE ORTIZ DE PINEDO PALLAS income, from the year two thousand six up to date, meaning, March, two thousand nine; this information shall be accompanied with the necessary documents to justify the information given, empowering this judicial authority to issue the relevant enforcement measures for said company to inform the required by this authority as soon as possible.

**DOMICILE OF THE COMPANY CALLED TELEVISA INTERNACIONAL, LLC. 6355 N.W. 36TH STREET, MIAMI, FLORIDA, 33166.**

FOR THE PURPOSE THAT THE ORDERED IS COMPLIED IN ITS MOST ACCURATE AN DULY MANNER AND THAT YOU KINDLY CONDUCT THE PROCEEDINGS REQUESTED, PLEASE FEEL ASSURED OF MY RECIPROCITY IN SIMILAR CASES, THIS LETTERS ROGATORY IS ISSUED IN FOUR USEFUL PAGES, PROPERLY SEALED AND COMPARED. IN MEXICO CITY, FEDERAL DISTRICT, ON THE THIRTEENTH DAY OF JULY, TWO THOUSAND NINE.- I ATTEST.- ----------------------------------------------------------------

SUFRAGIO EFECTIVO, NO REELECCIÓN
Mexico, D.F. July 13, 2009
PRESIDENT OF THE FAMILY LAW SECOND
CHAMBER OF THE SUPERIOR COURT OF
JUSTICE OF THE FEDERAL DISTRICT

Illegible signature

JUDGE OSCAR GREGORIO CERVERA RIVERO ESQ.

COURT CLERK

LIC. MA. SUSANA B. TITLA RAMÍREZ

**ICELA ACUÑA DE ROSS**
Sworn Translator
Gaspar de Zúñiga 120,
C.P. 11000
Tel. 55.20.05.94

Icela Acuña de Ross, Sworn Translator duly appointed by the Supreme Court of Justice of the Federal District, the Federal Judiciary Arm and duly registered at the British Council.

Hereby Certify that the foregoing is a correct and true translation to the best of my knowledge and belief, of the original document in Spanish that I had before me.

Mexico, D.F. August 17, 2009

Icela Acuña de Ross
094-2002